# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**FILED**
JUL 29 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Plaintiff(s) Deidre Robertson

v.

Defendant(s) Chicago Public Schools
Susan Lofton

Case No: 13-CV-03205

Judge: Joan Gottschall

## MOTION FOR ATTORNEY REPRESENTATION
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, Deidre Robertson, declare that I am the (check appropriate box)
   ☑ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation:
   (NOTE: This item must be completed.)
   Alejandro Caffarelli
   Chirag Badlani
   Robin Potter and Associates
   John Moran Law Group
   Elaine Siegal and Associates
   Joel Handler
   
   but I have been unable to find an attorney because: None of the attorneys that I contacted will accept my case on a contingency basis. I cannot afford to pay an attorney because I do not have income at this time.

3. I declare that (check all that apply):
   (Now:)
   ☑ I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

   (Earlier:)
   ☐ I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
   ☑ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. ☑ I declare that my highest level of education is (check one):

   ☐ Grammar school      ☐ Some high school      ☐ High school graduate

   ☐ Some college        ☑ College graduate       ☐ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check **only** if applicable.)

7. ☑ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court *Pro Se* Assistance Program. (Check **only** if applicable.)

8. ☑ I declare under penalty of perjury that the foregoing is true and correct.

_____          2305 North Oak Park Ave
Movant's Signature                                Street Address

7/29/14                                           Chicago, IL 60707
Date                                              City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| Case Name: | _____ | Case No.: | _____ |
|---|---|---|---|
| Attorney's Name: | _____ | The case is still pending: Yes ___ No ___ | |
| The appointment was limited to settlement assistance: Yes ___ No ___ | | | |

| Case Name: | _____ | Case No.: | _____ |
|---|---|---|---|
| Attorney's Name: | _____ | The case is still pending: Yes ___ No ___ | |
| The appointment was limited to settlement assistance: Yes ___ No ___ | | | |

| Case Name: | _____ | Case No.: | _____ |
|---|---|---|---|
| Attorney's Name: | _____ | The case is still pending: Yes ___ No ___ | |
| The appointment was limited to settlement assistance: Yes ___ No ___ | | | |