# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| DEIDRE ROBERTSON, | ) | |
|     Plaintiff, | ) | Case No. 13 C 3205 |
| | ) | |
|   v. | ) | Judge Joan B. Gottschall |
| | ) | |
| SUSAN A. LOFTON, CHICAGO PUBLIC SCHOOLS, | ) ) | Magistrate Judge Jeffrey Cole |
|     Defendants. | ) | |

## NOTICE OF MOTION

    PLEASE TAKE NOTICE that on Friday, March 13, 2015, at 9:30a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Joan B. Gottschall, or any District Court judge sitting in her place, at the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Room 2325, Chicago, Illinois, and present the attached **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF DEIDRE ROBERTSON**, a copy of which is attached hereto and served upon you.

                                                /s/ TERRENCE J. GOGGIN

DATED:      March 9, 2015

To:  Kathleen M. Gibbons                  R. Seth Shippee
     Senior Assistant General Counsel       Assistant General Counsel
     Board of Education of the City of Chicago    Board of Education of the City of Chicago
     Law Department, Suite 900             Law Department, Suite 900
     One North Dearborn Street              One North Dearborn Street
     Chicago, Illinois 60602                    Chicago, Illinois 60602
     kgibbons@cps.edu                        rsshippee@cps.edu

     Ms. Deidre Robertson
     2305 N. Oak Park Avenue
     Chicago, Illinois 60707
     dlynn2020@yahoo.com

## PROOF OF SERVICE

    I, Terrence J. Goggin, an attorney do hereby certify that I caused the attached Motion for Leave to Withdraw as Counsel of Record for Plaintiff Deidre Robertson to be served upon counsel of record and Plaintiff via CM-ECF-E-Filing pursuant to General Order on Electronic Case Filing, Section XI(C), on this 9th day of March, 2015, and by email transmission.

                                                /s/ TERRENCE J. GOGGIN

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DEIDRE ROBERTSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 13 C 3205 |
| | ) | |
| BOARD OF EDUCATION OF THE CITY OF CHICAGO et. al | ) ) | Judge Joan B. Gottschall |
| | ) | |
| Defendants. | ) | Magistrate Judge Jeffrey Cole |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD
FOR PLAINTIFF DEIDRE ROBERTSON**

NOW COMES the attorney of record for the Plaintiff, DEIDRE ROBERTSON, TERRENCE J. GOGGIN of GOGGIN & ASSOCIATES, and moves this Honorable Court for Leave to Withdraw as Counsel of Record for Plaintiff Deidre Robertson, and in support of his motion states as follows:

1. On August 11, 2014, the Honorable Joan B. Gottschall appointed Terrence J. Goggin as attorney of record, *pro bono*, for Plaintiff, in accordance with Mr. Goggin's trial bar obligations pursuant to District Court Local Rule 83.37 (N.D.Ill.).

2. During the course of his representation of Ms. Robertson, a conflict has arisen which prevents Mr. Goggin from continuing to serve as her appointed counsel in this matter.

3. That it is necessary and proper for this Court to relieve Mr. Goggin of his appointment and grant him leave to withdraw as attorney of record for the Plaintiff.

WHEREFORE, TERRENCE J. GOGGIN of GOGGIN & ASSOCIATES, respectfully requests that this Court grant him leave to withdraw as attorney of record for Plaintiff, *instanter*;

grant Plaintiff twenty-eight (28) days to file her appearance *pro se* or to secure additional counsel; and grant Plaintiff such other and further relief as this Honorable Court deems just.

    Respectfully submitted,

    By:/s/ *TERRENCE J. GOGGIN*
        Terrence J. Goggin, Esq.
        GOGGIN & ASSOCIATES
        The Corporate Center, Suite 201
        1100 Jorie Boulevard
        Oak Brook, Illinois 60523
        (630) 573-0606
        tjg@gogginassociates.com

## CERTIFICATE OF SERVICE

      I, Terrence J. Goggin, an attorney, certify that on March 9, 2015, I caused true and accurate copies of the above Motion for Leave to Withdraw as Counsel of Record for Plaintiff Deidre Robertson, to be served via electronic mail and by placing in the U.S. Mail addressed to the persons named below at the addresses and electronic mail addresses listed below:

Kathleen M. Gibbons
Senior Assistant General Counsel
Board of Education of the City of Chicago
Law Department, Suite 900
One North Dearborn Street
Chicago, Illinois 60602
kgibbons@cps.edu

R. Seth Shippee
Assistant General Counsel
Board of Education of the City of Chicago
Law Department, Suite 900
One North Dearborn Street
Chicago, Illinois 60602
rsshippee@cps.edu

Ms. Deidre Robertson
2305 North Oak Park Avenue
Chicago, Illinois 60707
dlynn2020@yahoo.com

      /s/ *TERRENCE J. GOGGIN*
      Terrence J. Goggin, Esq.
      GOGGIN & ASSOCIATES
      The Corporate Center, Suite 201
      1100 Jorie Boulevard
      Oak Brook, Illinois 60523
      (630) 573-0606
      tjg@gogginassociates.com