UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Deidre Robertson

                    Plaintiff,

v.                                                  Case No.: 1:13−cv−03205
                                                  Honorable Joan B. Gottschall

Chicago Public Schools, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 14, 2015:

       MINUTE entry before the Honorable Joan B. Gottschall: Plaintiff has requested a copy of an email that Johnny Douglas sent to the court's former courtroom deputy in connection with scheduling a hearing. A copy of that email accompanies this order. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.