

**Fw: 1:13-cv-3205 (Robertson v. Board of Education of the City of Chicago)**
Enjoli Fletcher to: Marlan Cowan  07/10/2015 02:44 PM

From: Enjoli Fletcher/ILND/07/USCOURTS
To: Marlan Cowan/ILND/07/USCOURTS@USCOURTS

Click HERE to take our customer service survey

*Enjoli M. Fletcher*
*Courtroom Deputy to the Honorable Joan B. Gottschall*
*US District Court for the Northern District of Illinois*
*219 S. Dearborn Street*
*Chicago, IL 60604*
*312-435-5641*

----- Forwarded by Enjoli Fletcher/ILND/07/USCOURTS on 07/10/2015 02:44 PM -----

From: Johnny Douglas <johnnyadouglas@gmail.com>
To: Enjoli Fletcher <enjoli_fletcher@ilnd.uscourts.gov>
Cc: Kathleen Gibbons <kgibbons@cps.edu>, "Shippee, Richard" <rsshippee@cps.edu>
Date: 01/23/2014 10:45 AM
Subject: 1:13-cv-3205 (Robertson v. Board of Education of the City of Chicago)

Ms. Fletcher:

I received notice from Ms. Gibbons that the Board has agreed to keep Ms. Robertson on the payroll as a cadre through June 30, 2014. That will provide us with enough time to decide all preliminary motions so the hearing on the temporary restraining order that was scheduled for tomorrow (Friday, January 24, 2014) will not be necessary.

Thank you,

Johnny Douglas
(c) 773-419-0817