United States District Court
Northern District of Illinois
Eastern Division

FILED
JUL 27 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Deidre Robertson, )
Plaintiff )
) Case No. 13-cv-03205
)
) Honorable Judge Joan B. Gottschall
V. )
) Honorable Magistrate Judge Jeffrey Cole
Susan Lofton and the Board of Education )
of the City of Chicago, )
Defendants )
)

# Plaintiff's Motion for the Request of Documents

This motion moves to have the Defendants provide copies of all the documents that the Defendant introduced in the Plaintiff's, Deidre Robertson's, deposition in February-March, 2015. My former attorney, Mr. Terrence Goggin, informed me that the Defendants have obtained a protective order that has prohibited him from giving me access to the deposition transcript and the exhibits introduced in the deposition.

As a Pro Se litigant, I am unable to completely answer the Defendant's allegations, nor can I properly prepare my case without access to the aforementioned documents.

Respectfully submitted,

Deidre Robertson

_____  7/27/15
Deidre Robertson                Date